UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 07-32 |
| MAZEN HAMDAN | SECTION "B"(2) |

## ORDER

Considering Defendant's Motion to Vacate (Rec. Doc. No. 52),

**IT IS ORDERED** that the Motion is **DENIED**. The Court previously denied Defendant's Motion for Extension of Time to file a Motion to Vacate on May 1, 2014, stating "[e]ven accepting Hamdan's representations in his request, his motion to vacate is untimely given the one-year time limitation contained in 28 U.S.C. § 2255(1)." (Rec. Doc. No. 51). The Court repeats that finding here, and accordingly denies Defendant's Motion to Vacate as untimely.

**IT IS FURTHER ORDERED** that the response order issued on June 26, 2014 (Rec. Doc. No. 53) is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 30th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE